**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MARCUS J. HENSLEY**                                                                                                **PLAINTIFF**

**v.                                        CASE NO. 4:14CV00030 BSM**

**CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration**                                                                           **DEFENDANT**

**ORDER**

The proposed findings and recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe and plaintiff Marcus Hensley's objections thereto have been reviewed. After careful consideration of these documents, and a *de novo* review of the record, the RD are hereby approved and adopted in all respects. Accordingly, the commissioner's decision is affirmed and Hensley's complaint [Doc. No. 1] is dismissed with prejudice

IT IS SO ORDERED this 19th day of June 2015.

*[signature: Brian S. Miller]*

UNITED STATES DISTRICT JUDGE